UNITED STATES DISTRICT COURT

Northern District of California

E-Filing

Lac Anh Le

CASE NO. 3:07-cv-05476-MMC

Plaintiff(s),

v.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

PricewaterhouseCoopers LLP

Defendant(s).

Robert Biela                                  , an active member in good standing of the bar of

Eastern District of Pennsylvania              whose business address and telephone number

(particular court to which applicant is admitted)

is

Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road, Radnor, Pennsylvania 19087
(610) 667-7706

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff Lac Anh Le                         .

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:   1 4 2007

United States District   Judge