UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAC ANH LE, on behalf of herself and
all other similarly situated
        Plaintiff(s),

Case No. C07-05476 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

PRICEWATERHOUSECOOPERS LLP;
and DOES 1 through 10, inclusive
        Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/11/08

/s/ John Daly /s/
[Party]

Dated: 1/11/08

/s/ Joseph C. Liburt /s/
[Counsel]

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**

                **/s/**
**Joseph C. Liburt**