1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6

7  Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  LAC ANH LE, on behalf of herself and all      Case No. C07-05476 MMC
    other similarly situated,
13                                                **DECLARATION OF VICTORIA R.
                    Plaintiff,                    CARRADERO IN SUPPORT OF
14                                                PRICEWATERHOUSECOOPERS
         v.                                       LLP'S REQUEST FOR A STAY**
15
    PRICEWATERHOUSECOOPERS LLP; and              Date:   February 22, 2008
16  DOES 1 through 10, inclusive,                 Time:   9:00 a.m.
                                                  Dept:   7
17                  Defendant.                    Judge:  Hon. Maxine M. Chesney

18

19

20

21

22

23

24

25

26

27

28

OHS West:260368195.1

DECLARATION OF VICTORIA R. CARRADERO IN SUPPORT OF PRICEWATERHOUSECOOPERS LLP'S REQUEST FOR A STAY

1    I, Victoria R. Carradero, hereby declare:

2    1. The facts set forth in this declaration I know to be true of my own personal
3    knowledge, except where such facts are stated to be based on information and belief, and those
4    facts I believe to be true. I could and would testify competently to the matters set forth in this
5    declaration.

6    2. I am an attorney with Orrick, Herrington & Sutcliffe LLP, counsel of
7    record for Defendant PricewaterhouseCoopers LLP ("PwC") in the matter of *Jason Campbell and*
8    *Sarah Sobek, individually, and on behalf of all other similarly situated current and former*
9    *employees of PricewaterhouseCoopers, LLP v. PricewaterhouseCoopers, LLP,* Case No. 06-CV-
10   02376-LKK-GGH (the "*Campbell* case"), filed in the Eastern District of California.

11   3. PwC and the *Campbell* plaintiffs have been engaged in the discovery
12   process for many months, including, but not limited to, several depositions (PwC has deposed the
13   named Plaintiffs and Plaintiffs' expert; Plaintiffs have deposed 1 partner and three potential class
14   members, and seek 5 other depositions, which are scheduled for this month, including of PwC's
15   expert, another partner, and other potential class members), special interrogatories, document
16   requests, the exchange of multiple meet and confer letters, the propounding of an extensive Rule
17   30(b)(6) deposition notice, and the production and preparation for production of numerous
18   documents relevant to class certification.

19   4. Plaintiffs in the *Campbell* case filed a Motion for Class Certification on
20   October 24, 2007. The Motion is set to be heard by the Court on February 25, 2008.

21   5. The *Campbell* plaintiffs seek to certify a class of certain individuals who
22   worked in California and who held the job titles of Associate or Senior Associate in the
23   Assurance and Tax lines of service at PwC.

24   6. Certain important deadlines are approaching in the next few months in the
25   *Campbell* case: Per the court's order, all discovery must be completed by June 22, 2008; all
26   discovery motions must be heard by May 22, 2008; and expert disclosure must be done 90 days
27   before the close of discovery.

28   I declare under penalty of perjury under the laws of the United States of America

OHS West:260368195.1                          - 1 -

DECLARATION OF VICTORIA R. CARRADERO IN SUPPORT OF PRICEWATERHOUSECOOPERS LLP'S REQUEST FOR A STAY

1  that the foregoing is true and correct, and that this declaration was executed in Menlo Park,
2  California on January 14, 2007.

4  Dated: January 14, 2008

/s/<br>
VICTORIA R. CARRADERO