1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     650-614-7400
5  Facsimile:     650-614-7401

6

7  Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  LAC ANH LE, on behalf of herself and all          Case No. C07-05476 MMC
    other similarly situated,
13                                                     PRICEWATERHOUSECOOPERS
                    Plaintiff,                         LLP'S  REQUEST FOR JUDICIAL
14                                                     NOTICE IN SUPPORT OF MOTION
            v.                                         FOR A STAY; MOTION TO
15                                                     DISMISS; MOTION TO STRIKE;
    PRICEWATERHOUSECOOPERS LLP; and                    AND MOTION FOR A MORE
16  DOES 1 through 10, inclusive,                      DEFINITE STATEMENT

17                  Defendant.                         Date:      February 22, 2008
                                                       Time:      9:00 a.m.
18                                                     Dept:      7
                                                       Judge:     Hon. Maxine M. Chesney
19

20

21

22

23

24

25

26

27

28

OHS West:260367896.1

1        Pursuant to Federal Rules of Evidence Sections 201(c) and (d), Defendant

2   PricewaterhouseCoopers LLP ("PwC") requests that the Court take judicial notice of certain

3   documents relevant to PwC's Motion for a Stay; Motion to Dismiss; Motion to Strike; and

4   Motion for a More Definite Statement, true and correct copies of which are attached herewith as

5   Exhibits A and B.  PwC requests that the Court take judicial notice of the following documents:

6        A.      The original Complaint filed in the Eastern District of California in the

7   matter of *Jason Campbell and Sarah Sobek, individually, and on behalf of all other similarly*

8   *situated current and former employees of PricewaterhouseCoopers, LLP v.*

9   *PricewaterhouseCoopers, LLP,* Case No. 06-CV-02376-LKK-GGH.  Attached herewith as

10  **Exhibit A** is a true and correct copy of the original Complaint filed in the *Campbell* Case on

11  October 27, 2006.

12       B.      The Second Amended Complaint filed in the Eastern District of California

13  in the matter of *Jason Campbell and Sarah Sobek, individually, and on behalf of all other*

14  *similarly situated current and former employees of PricewaterhouseCoopers, LLP v.*

15  *PricewaterhouseCoopers, LLP,* Case No. 06-CV-02376-LKK-GGH.  Attached herewith as

16  **Exhibit B** is a true and correct copy of the Second Amended Complaint filed in the *Campbell*

17  Case on January 22, 2007.

18       Exhibits A and B are properly subject to judicial notice pursuant to Fed. R. Civ. P.

19  201(c) and (d).  These documents are relevant because they demonstrate that Plaintiff Lac Anh

20  Le's purported class claims against PwC for overtime wages and failure to provide rest and meal

21  periods, and associated penalties, are duplicative of the *Campbell* Plaintiffs' class claims brought

22  pursuant to the California Labor Code and the California Business and Professions Code Section

23  17200; that the parties in the *Campbell* Case are currently litigating the same issues in the

24  California state law claims as it applies to the California state-wide putative class and the

25  California subset of the nationwide putative class in the instant matter; and that the parties have

26  conducted extensive discovery concerning these issues.  *See Estate of Blue v. County of Los*

27  *Angeles,* 120 F.3d 982, (9th Cir. 1997) (taking judicial notice of court records)**;** *Schweitzer v.*

28  *Scott,* 469 F. Supp. 1017 (9th Cir. 1986) (courts may take judicial notice of matters of public

1   record); *Logan v. United States*, 272 F. Supp. 2d 1182 (D. Kan. 2003) (court may take judicial

2   notice of matters of public record); *Schweitzer v. Scott*, 469 F. Supp. 1017 (C.D. Cal. 1979)

3   (taking judicial notice of court files).

4          For the foregoing reasons, PwC respectfully requests that this Court take judicial

5   notice of Exhibits A and B, attached herewith.

6

7   Dated: January 14, 2008

8                                          LYNNE C. HERMLE
                                           JOSEPH C. LIBURT
9                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11                                              /s/
                                           JOSEPH C. LIBURT
12                                         Attorneys for Defendant
                                           PRICEWATERHOUSECOOPERS LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRICEWATERHOUSECOOPERS LLP'S  REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION FOR A STAY; MOTION TO DISMISS; MOTION
TO STRIKE; AND MOTION FOR A MORE DEFINITE STATEMENT