LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, on behalf of herself and all other similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS LLP; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendant. | Case No. C07-05476 MMC<br><br>**[PROPOSED] ORDER GRANTING PRICEWATERHOUSECOOPERS LLP'S MOTION FOR A STAY; MOTION TO DISMISS; MOTION TO STRIKE; AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date:　　February 22, 2008<br>Time:　　9:00 a.m.<br>Dept:　　7<br>Judge:　　Hon. Maxine M. Chesney |

OHS West:260368263.1

PROPOSED ORDER GRANTING PWC'S MOTION FOR A STAY;
MOTION TO DISMISS; MOTION TO STRIKE; AND MOTION FOR
A MORE DEFINITE STATEMENT. C07-05476 MMC

1    The Motion for a Stay; Motion to Dismiss; Motion to Strike; and Motion for a More Definite Statement filed by defendant PricewaterhouseCoopers LLP ("PwC") came on regularly for hearing on Friday, February 22, 2008 at 9:00 a.m. in Courtroom 7 before the Honorable Maxine M. Chesney.  All parties were represented by counsel.  The Court having heard the arguments of all parties and having considered all documents filed in support of and in opposition to said motions, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. PwC's Motion for a Stay of the instant action as to the California putative classes and California state law claims is GRANTED in light of the first-filed *Campbell* case, and all proceedings in this case relating to the California claims are STAYED until further order from this Court.

2. PwC's Motion to Dismiss Plaintiff's class action allegations is GRANTED.

3. PwC's Motion to Dismiss Plaintiff's seventh claim for relief is GRANTED, pursuant to Fed. R. Civ. P. 12(b)(6), and this claim is hereby DISMISSED WITH PREJUDICE.

4. PwC's Motion for a More Definite Statement is GRANTED, pursuant to Fed. R. Civ. P. 12(e).

5. PwC's Motion to Strike Plaintiff's class definition and all class allegations in the Complaint is GRANTED, pursuant to Fed. R. Civ. P. 12(f).

6. PwC's Motion to Strike all references to "Doe" defendants is GRANTED, pursuant to Fed. R. Civ. P. 12(f).

7. PwC's Motion to Strike all references to a four year class period is GRANTED, pursuant to Fed. R. Civ. P. 12(f).

8. PwC's Motion to Strike Plaintiff's request for constructive trust and for punitive damages from the Prayer for Relief is GRANTED, pursuant to Fed. R. Civ. P. 12(f).

IT IS SO ORDERED.

Dated: February 22, 2008

_____
Honorable Maxine M. Chesney