|   |   |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779)<br>lchermle@orrick.com<br>JOSEPH C. LIBURT (STATE BAR NO. 155507)<br>jliburt@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:     650-614-7400<br>Facsimile:      650-614-7401 |

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, on behalf of herself and all other similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS LLP; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | Case No. C07-05476 MMC<br><br>**ERRATA RE:**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PRICEWATERHOUSECOOPERS LLP'S MOTION FOR A STAY; MOTION TO DISMISS; MOTION TO STRIKE; AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date:      February 22, 2008<br>Time:     9:00 a.m.<br>Dept:      7<br>Judge:    Hon. Maxine M. Chesney |

1  TO PLAINTIFF LAC ANH LE AND HER ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT on January 14, 2008, Defendant PricewaterhouseCoopers LLP ("PwC") filed its Memorandum of Points and Authorities in Support of PricewaterhouseCoopers LLP's Motion for a Stay; Motion to Dismiss; Motion to Strike; and Motion for a More Definite Statement with an incorrect title.  The document title should instead have read:  "Defendant PricewaterhouseCoopers LLP's Notice of Motions and Motion for a Stay; Motion to Dismiss; Motion to Strike; and Motion for a More Definite Statement; Memorandum of Points and Authorities In Support Thereof."  PwC respectfully submits this errata to correct the inadvertent error, and apologizes for any confusion that may have arisen because of the error.

The corrected document titled "Defendant PricewaterhouseCoopers LLP's Notice of Motions and Motion for a Stay; Motion to Dismiss; Motion to Strike; and Motion for a More Definite Statement;  Memorandum of Points and Authorities In Support Thereof" is attached herewith as Exhibit A.

Dated: January 18, 2008

LYNNE C. HERMLE
JOSEPH C. LIBURT
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
JOSEPH C. LIBURT
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP