| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
|   | lchermle@orrick.com |
| 2 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
|   | jliburt@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025 |
|   | Telephone:    650-614-7400 |
| 5 | Facsimile:    650-614-7401 |

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, on behalf of herself and all other similarly situated, | Case No. C07-05476 MMC |
| Plaintiff, | **RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT PRICEWATERHOUSECOOPERS LLP** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP; and DOES 1 through 10, inclusive, | |
| Defendant. | |


# DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant PricewaterhouseCoopers LLP ("PwC") and the undersigned counsel for PwC certifies that there are no parent corporations or publicly-held corporations owning 10% or more of PwC's common stock.

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 23, 2008

LYNNE C. HERMLE
JOSEPH C. LIBURT
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
JOSEPH C. LIBURT
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP