**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

**E-Filing**

Date: FEB X 1 2008

C-07-5476-MMC

LAC ANH LE    v    PRICEWATERHOUSECOOPER

Attorneys: ROBERT BIELA    LYNNE HERMLE

EDWARD WYNNE    JOSEPH LIBURT

Deputy Clerk: **TRACY LUCERO**    Reporter: Not reported

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — INITIAL

**ORDERED AFTER HEARING:**

Joint statement due by 4/11/08.

( ) ORDER TO BE PREPARED BY:    Plntf____ Deft____ Court____

( ) Referred to Magistrate For: _____
( ) By Court
(✓) CASE CONTINUED TO 4/18/08 @ 10:30 for Continued Case Management Conference

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ____ days
Type of Trial: ( )Jury ( )Court
Notes: _____

(14 min)