1 | EDWARD J. WYNNE      (SBN 165819)
2 | J.E.B. PICKETT       (SBN 154294)
　 | WYNNE LAW FIRM
　 | 100 Drakes Landing Road, Suite 275
3 | Greenbrae, CA 94904
　 | Telephone:   (415) 461-6400
4 | Facsimile:   (415) 461-3900

5 | JOSEPH H. MELTZER
　 | GERALD D. WELLS, III
6 | ROBERT J. GRAY
　 | ROBERT W. BIELA
7 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
　 | 280 King of Prussia Road
8 | Radnor, PA  19087
　 | Telephone:   (610) 667-7706
9 | Facsimile:   (610) 667-7056

Plaintiff's counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP; and DOES 1 through 10 inclusive,<br><br>　　　　　　　　Defendant. | CASE NO. 3:07-cv-05476-MMC<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR A STAY; MOTION TO DISMISS; MOTION TO STRIKE; AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date: March 7, 2008<br>Time: 9:00 a.m.<br>Dept: 7<br>Hon. Maxine M. Chesney |

　　Pursuant to Evidence Code § 201, Plaintiff, Lac Anh Le, hereby submits the following Request For Judicial Notice in Support of her Opposition to Defendant PricewaterhouseCoopers LLP's Motion for a Stay; Motion to Dismiss; Motion to Strike; and

---

1
PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE ISO OF OPPOSITION TO DEFENDANT PWC'S MOTION FOR A STAY; MOTION TO DISMISS; AND MOTION FOR MORE DEFINITE STATEMENT

Motion for a More Definite Statement. Plaintiff requests the Court take judicial notice of the following documents marked and attached hereto:

Exhibit 1:    Complaint in *Sobek v. Pricewaterhouse Coopers LLP*, C06-6677 WHA.

Exhibit 2:    Notice of Voluntary Dismissal Without Prejudice in *Sobek v. Pricewaterhouse Coopers LLP*, C06-6677 WHA.

Exhibit 3:    First Amended Complaint in *Campbell v. Pricewaterhouse Coopers LLP*, 06-CV-02376-LKK-GGH.

Exhibit 4:    Defendant PWC's Motion to Dismiss and/or Motion to Strike the First Amended Complaint in *Campbell v. Pricewaterhouse Coopers LLP*, 06-CV-02376-LKK-GGH.

Exhibit 5:    January 12, 2007 Order granting Defendant PWC's Motion to Dismiss and/or Motion to Strike the First Amended Complaint in *Campbell v. Pricewaterhouse Coopers LLP*, 06-CV-02376-LKK-GGH.

Exhibit 6:    Defendant PWC's second Motion to Dismiss and/or Strike in *Campbell v. Pricewaterhouse Coopers LLP*, 06-CV-02376-LKK-GGH.

Exhibit 7:    March 19, 2007 Order denying Defendant PWC's second Motion to Strike and Dismiss.

Exhibit 8:    Plaintiffs' Notice of Motion and Motion for Class Certification in *Campbell v. Pricewaterhouse Coopers LLP*, 06-CV-02376-LKK-GGH.

Exhibit 9:    December 14, 2007 Order continuing hearing on class certification in *Campbell v. Pricewaterhouse Coopers LLP*, 06-CV-02376-LKK-GGH.

It is proper for this Court to take judicial notice of these documents per Evidence Code § 201. *Estate of Blue v. County of Los Angeles*, 120 F.3d 982 (9th Cir. 1997). Exhibits 1, 2, 3, 4, and 6 (and Exhibit A to Defendant's Request for Judicial Notice) are relevant to show that the *Campbell* plaintiffs have engaged in forum shopping and that Defendant is estopped to deny that the *Campbell* plaintiffs have engaged in forum shopping. Exhibits 3, 4, 5, 6 and (Exhibit B to Defendant's Request for Judicial Notice) are relevant to show that Defendant's claims of

uncertainty and confusion are without merit. Exhibit 8 is relevant to show that the *Campbell* plaintiff's asserted class definition is significantly narrower in scope and coverage than Plaintiff *Le*'s nationwide class and California class alleged herein. Exhibit 9 is relevant to show that the *Campbell* case has not been certified.

DATED: February 15, 2008

Respectfully submitted,

WYNNNE LAW FIRM

By: _____
EDWARD J. WYNNE
Attorneys for Plaintiff
LAC ANH LE

DATED: February 15, 2008

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By: _____
ROBERT J. GRAY
Attorneys for Plaintiff
LAC ANH LE

---

3
PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE ISO OF OPPOSITION TO DEFENDANT PWC'S MOTION FOR A STAY; MOTION TO DISMISS; AND MOTION FOR MORE DEFINITE STATEMENT