# EXHIBIT 1

```
1  William A. Kershaw (State Bar No. 057486)
   Lyle W. Cook (State Bar No. 148914)
2  Stuart C. Talley (State Bar No. 180374)
3  KERSHAW, CUTTER & RATINOFF, LLP
   980 9th Street, 19th Floor
4  Sacramento, California 95814
   Telephone: (916) 448-9800
5  Facsimile: (916) 669-4499

6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SOBEK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PRICEWATERHOUSE COOPERS, LLP, a limited liability partnership, <br><br> Defendant. | CASE NO. _____ <br><br> **COMPLAINT FOR BREACH OF CONTRACT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff hereby alleges as follows:

### JURISDICTION AND VENUE

1. Plaintiff is a citizen of California and defendant is a limited liability partnership organized under the laws of the States of Delaware having their principal places of business in a State other than the State of California. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

2. Defendant conducts substantial business in this County and in California and defendants have conspired to perform the acts complained of herein in this County. Additionally, the breaches of contract as alleged herein all occurred in this County.

### INTRADISTRICT ASSIGNMENT

3. Pursuant to Civil L.R. 3-5(b) and Civil L.R. 3-2(e), Plaintiff states that assignment

-1-

COMPLAINT FOR BREACH OF CONTRACT

of this action to the San Francisco Division of this Court is appropriate because Defendant resides in the city of San Francisco and does a substantial part of its business in San Francisco.

## PARTIES

4. Plaintiff Sarah Sobek (hereinafter, referred to as "Plaintiff") is an individual and resident of the State of California. Plaintiff is, and at all relevant times, was employed by the Defendant as an associate accountant. The Plaintiff did not have an advanced degree in accountancy or a license by any State or Federal agency, or have tested for or received his CPA.

5. At all relevant times alleged herein, Plaintiff is informed and believes and thereon alleges that Defendant is and was a limited liability partnership organized and existing under and by virtue of the laws of the State of Delaware. Defendant is one of the largest accounting firms in the world and employees thousands of non-licensed associate accountants in the state of California. Defendant is authorized to conduct business in the State of California and does conduct business in the State of California.

## FIRST CAUSE OF ACTION

### Breach of Contract

6. Plaintiff hereby realleges, and incorporates by reference as though fully set forth herein, all of the allegations contained in this Complaint.

7. At all times mentioned herein, there existed a contract between plaintiff and defendant wherein defendant agreed to pay plaintiff for services rendered.

8. Defendant breached the contract by failing to pay plaintiff all amounts owed by law under the contract for the services that were rendered. At the time defendant breached said contract, it did so intentionally and with the intent to harm plaintiff.

9. Plaintiff has performed all obligations on his part to be performed under the terms of the contract.

10. As a direct and proximate result of the defendant's breach of contract, plaintiff has been damaged in an amount to be proven at trial. Additionally, plaintiff, pursuant to statute, is entitled to recover all reasonable attorneys fees incurred in bringing this action.

11. Defendant's conduct as described herein was malicious and intentional such that

punitive damages should be awarded to prevent such conduct from occurring in the future and to punish the defendant.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1. For compensatory damages;

3. For restitution of all monies due to Plaintiff, and disgorged profits from the unlawful conduct of the Defendant;

4. For statutory damages and/or penalties as allowed by California statutes and regulations;

5. For interest accrued to date;

6. For costs of suit and expenses incurred herein;

7. For reasonable attorney's fees;

8. For punitive and exemplary damages in an amount commensurate with Defendant's ability to pay and sufficient to deter such conduct in the future;

9. For injunctive relief; and

10. For all such other and further relief that the Court may deem just and proper.

Dated: October 26, 2006.          Respectfully submitted,

KERSHAW, CUTTER, & RATINOFF, LLP

By: _____
STUART C. TALLEY
*Attorneys for Plaintiff*

-3-

COMPLAINT FOR BREACH OF CONTRACT

1
2
3   **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial.

4
5   Dated: October 26, 2006.            Respectfully submitted,
6
                                        KERSHAW, CUTTER, & RATINOFF, LLP
7
8                                       By: _____
9                                           STUART C. TALLEY
                                            *Attorneys for Plaintiff*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

COMPLAINT FOR BREACH OF CONTRACT