# EXHIBIT 2

William A. Kershaw (State Bar No. 057486)
Lyle W. Cook (State Bar No. 148914)
Stuart C. Talley (State Bar No. 180374)
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SOBEK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PRICEWATERHOUSE COOPERS, LLP,<br>a limited liability partnership,<br><br>Defendant. | CASE NO. C06-6677 WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, by and through her undersigned counsel, hereby files this notice of voluntary dismissal of her complaint, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: October 30, 2006.    Respectfully submitted,

KERSHAW, CUTTER, & RATINOFF, LLP

By: _____
STUART C. TALLEY
*Attorneys for Plaintiff*

-1-

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE