# EXHIBIT 5

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

        Plaintiffs,

  v.

PRICEWATERHOUSE COOPERS, LLP,
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

        Defendant.
_____/

NO. CIV. S-06-2376 LKK/GGH

**O R D E R**

    Pending on the February 5, 2007 law and motion calendar is a motion to dismiss filed by defendant, Pricewaterhouse Coopers LLP. The court decides the matter based on the papers and without oral argument.

    Defendant seeks to dismiss plaintiffs' claims on the basis that there is no diversity jurisdiction under 28 U.S.C. § 1332(a). In their opposition, plaintiffs concede that jurisdiction is not proper and seek leave to file an amended complaint which would

1

1 | predicate jurisdiction upon 28 U.S.C. 1332 (d). In light of
2 | plaintiffs' concession that § 1332(a) is improper, defendant's
3 | motion to dismiss for lack of jurisdiction must be granted. Given
4 | that the court's ruling on the issue of jurisdiction is
5 | dispositive, the court need not address or rule on the other issues
6 | raised in defendant's motion at this time. Accordingly, the court
7 | orders as follows:

    1. Defendant's motion to dismiss for lack of jurisdiction is GRANTED. The remainder of defendant's motion to dismiss is DENIED without prejudice.

    2. Plaintiffs are given leave to file a second amended complaint within thirty (30) days from the issuance of this order.

    3. The hearing on the defendant's motions to dismiss set for February 5, 2007 is VACATED.

IT IS SO ORDERED.

DATED: January 12, 2007.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2