# EXHIBIT 8

1  William A. Kershaw, State Bar No. 057486
   Lyle W. Cook, State Bar No. 148914
2  Stuart C. Talley, State Bar No. 180374
3  **KERSHAW, CUTTER, & RATINOFF LLP**
   980 9th Street, Suite 1900
4  Sacramento, California 95814
   Telephone: (916) 448-9800
5  Facsimile:  (916) 669-4499

6  *Attorneys For Plaintiffs*

7

8                  UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
   JASON CAMPBELL and SARAH           Case No.: 06-CV-02376-LKK-GGH
12 SOBEK, individually, and on behalf of all
   other similarly situated current and former
13 employees of PricewaterhouseCoopers,
   LLP,
14                                    **PLAINTIFFS' NOTICE OF MOTION AND
                                      MOTION FOR CLASS CERTIFICATION**
15              Plaintiffs,

16       vs.
                                      Date:  January 14, 2008
17 PRICEWATERHOUSECOOPERS, LLP,       Time:  10:00 a.m.
   a Limited Liability Partnership,   Courtroom: 4-200
18                                    Judge Lawrence K. Karlton
19              Defendant.

20
21
22
23
24
25
26
27
28

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

## NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

**NOTICE IS HEREBY GIVEN** that a hearing has been scheduled for January 14, 2008 at 10:00 a.m. at the above-captioned Court before the Honorable Lawrence K. Karlton.

Named Plaintiffs Jason Campbell and Sarah Sobek, individually, and on behalf of all others similarly situated, will and hereby do move this Court for an order certifying a plaintiff class in this action defined as follows:

> All persons employed by PricewaterhouseCoopers LLP in California, from October 27, 2002 until the time when class notice may be given, who: (1) assisted certified public accountants in the practice of public accountancy, as provided for in California Business and Professions Code sections 5051 and 5053, (2) worked as associates or senior associates in the assurance and tax lines of service, (3) were not licensed by the State of California as certified public accountants during some or all of this time period, and (4) were classified as exempt employees.

This motion, requesting class certification, is made pursuant to Rule 23 of the Federal Rules of Civil Procedure on the grounds that the class members are numerous and it would be impracticable to require their joinder; that Plaintiffs' claims are typical of the claims of the class; that Plaintiffs and their attorneys will adequately represent the class; that common questions of law and fact exist and predominate; and that class resolution is superior to other methods for the fair and efficient adjudication of the controversy. The motion relies on this Notice of Motion and Motion for Class Certification; Plaintiffs' Memorandum of Law in Support of Motion for Class Certification; the Declarations of William A. Kershaw, esq., Jason Campbell, Sarah Sobek, and Michael Ueltzen; and upon such additional evidence as the Court permits to be presented at the hearing on said motion.

Dated: October 24, 2007.               KERSHAW, CUTTER, & RATINOFF, LLP

By: _____
WILLIAM A. KERSHAW
*Attorneys for Plaintiffs*