1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)
   schariyasatit@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    650-614-7400
6  Facsimile:    650-614-7401

7

8  Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| LAC ANH LE, on behalf of herself and all others similarly situated, | Case No. C07-05476 MMC |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF SITTHIKIT CHARIYASATIT** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP; and DOES 1 through 10, inclusive, | |
| Defendant. | |

NOTICE OF APPEARANCE
C07-05476 MMC

TO THE CLERK OF THIS COURT, PLAINTIFF LAC ANH LE AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, Sitthikit Chariyasatit, of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters his appearance on behalf of Defendant PricewaterhouseCoopers LLP in this matter. Copies of all briefs, motions, orders, correspondence, and other papers filed with the Court may be electronically served on Sitthikit Chariyasatit, pursuant to Local Rule 5-5(b), at schariyasatit@orrick.com.

Dated: March 6, 2008

Respectfully submitted,

LYNNE C. HERMLE
JOSEPH C. LIBURT
SITTHIKIT CHARIYASATIT
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
SITTHIKIT CHARIYASATIT
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

- 1 -

NOTICE OF APPEARANCE
C07-05476 MMC