SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik (SBN 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

Joseph H. Meltzer
Gerald D. Wells, III
Katherine B. Bornstein
280 King of Prussia Road
Radnor, PA 190807
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

WYNNE LAW FIRM
Edward J. Wynne (SBN 165819)
100 Drake Landing Road, Suite 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile:  (415) 461-3900

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAC ANH LE, on behalf of herself and all Others similarly situated, | : : : | **Case No. C07-05476** |
| Plaintiff, | : : | **The Honorable Maxine M. Chesney** |
| v. | : : | |
| PRICEWATERHOUSECOOPERS, LLP; and DOES 1 through 10, inclusive, | : : : | |
| Defendant. | : | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Lac Anh Le ("Plaintiff"), by and through his counsel, hereby responds to this Court's March 4, 2008 Order to Show Cause as follows:

Plaintiff has no objection to the transfer of the instant matter to the Eastern District of California pursuant to 28 U.S.C. § 1404(a). Plaintiff, however, reserves her right to seek transfer back to this Court if certification in the action pending in the Eastern District of California, *Campbell v. PricewaterhouseCoopers, LLP*, 06-CV-02376 LKK GGH, is not granted.

Dated: March 24, 2008

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

By:  /s/
Alan R. Plutzik
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Katherine B. Bornstein
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**WYNNE LAW FIRM**
Edward Wynne
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

Counsel for Plaintiff