1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    lchermle@orrick.com
2   JOSEPH C. LIBURT (STATE BAR NO. 155507)
    jliburt@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA  94025
    Telephone:    650-614-7400
5   Facsimile:    650-614-7401

6

7   Attorneys for Defendant
    PRICEWATERHOUSECOOPERS LLP

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  LAC ANH LE, on behalf of herself and all        Case No. C07-05476 MMC
    others similarly situated,
13                                                   **DECLARATION OF JANET SCOTT**
                        Plaintiff,                   **IN SUPPORT OF DEFENDANT**
14                                                   **PRICEWATERHOUSECOOPERS**
            v.                                       **LLP'S RESPONSE TO ORDER TO**
15                                                   **SHOW CAUSE WHY ACTION**
    PRICEWATERHOUSECOOPERS LLP; and                  **SHOULD NOT BE TRANSFERRED**
16  DOES 1 through 10, inclusive,                    **TO EASTERN DISTRICT OF**
                                                     **CALIFORNIA PURSUANT TO 28**
17                      Defendant.                   **U.S.C. § 1404(a)**

18

19

20

21

22

23

24

25

26

27

28

OHS West:260405991.2

DECLARATION OF JANET SCOTT ISO PRICEWATERHOUSECOOPERS LLP'S RESPONSE TO ORDER TO SHOW CAUSE

1        I, Janet Scott, hereby declare:

2        1.      I make this declaration in support of Defendant PricewaterhouseCoopers

3    LLP's ("PwC") Response to the Court's Order Denying in Part and Deferring in Part Ruling on

4    Defendant's Motion; Directing Parties to Show Cause Why Action Should Not Be Transferred to

5    Eastern District of California Pursuant to 28 U.S.C. § 1404(a); Continuing Case Management

6    Conference.  The facts set forth in my declaration are based on my own personal knowledge,

7    except where such facts are stated to be based on information and belief, and those facts I believe

8    to be true.  If called as a witness, I could and would testify competently to the matters set forth in

9    this declaration.

10        2.      I am employed by PwC as the Northern California Market Human

11   Resources Leader and I am responsible for areas including compensation, performance,

12   management, learning and education, and compliance for Northern California employees in all

13   lines of service.  I have held this position since July 2007.  I began my career with PwC as the

14   West Region Advisory Human Resources Leader in July 2004.  In this position, I was in charge

15   of Human Resources and Operations for the Advisory line of service across several offices in

16   several states, including five of the six California offices (all but Sacramento), Washington,

17   Oregon, Utah and Colorado.  As a function of my Human Resources roles and responsibilities for

18   PwC, I am familiar with the various PwC offices, the number of employees, partners and

19   principles in each of the California offices, the lines of service and business units represented in

20   each of those offices, and the types of records generally maintained at the local offices.

21        3.      PwC provides a variety of industry-focused professional services for public

22   and private clients of all sizes.  The Firm is divided into three client-servicing lines of service

23   ("LOS") -  Advisory, Assurance, and Tax.  Each LOS is composed of multiple business units that

24   focus on specialized professional service offerings, including but not limited to external audit and

25   financial reporting, transaction services (*e.g.*, Mergers & Acquisitions, deals), tax planning, IT

26   General Control and Business Process assurance and consulting work.  These LOSs cross over

27   numerous industries, including, but not limited to, technology, aerospace, investment and

28   financial services, healthcare, consumer & retail, industrial products, utilities,  law firms, and

P.02          Mar 24 2008  13:55        PRICEWATERHOUSECOOPERS Fax:1-415-498-7174

1    private equity.

2           4.     PwC currently operates six offices in the State of California: Sacramento,

3    San Francisco, San Jose, Los Angeles, Irvine and San Diego.  At some point during the proposed

4    class period it operated seven (Menlo Park).  The offices vary in size.  Offices such as San

5    Francisco and San Jose are very large with more than 1000 people assigned to each of those

6    offices.  The Sacramento office has a headcount under 100.  Cumulatively, the Southern

7    California offices have a headcount over 1,000.

8           5.     In Sacramento, not all business units of all LOS are present.

9           6.     I understand that the Plaintiff in this action worked for PwC in the San Jose

10   office in the job title of "Associate" in the attest practice of the Assurance line of service.  She

11   worked for a very short time as an Associate from July 2006 to January 2007.  I am aware from

12   reviewing her files and records that she worked on various engagements resident out of the San

13   Jose office; in fact, most of her engagements were in the local Bay Area, in places such as

14   Hayward, Brisbane, Sunnyvale and Menlo Park.

15          7.     I understand that the Court is considering transferring this case to

16   Sacramento rather than keeping it in San Francisco.  Doing so would result in a significant burden

17   and hardship for PwC and the various witnesses.  As set forth above, Le came from a local Bay

18   Area office in San Jose.  Many individuals that have personal knowledge about Le and the

19   circumstances of her hiring, her work and her departure from the Firm are resident in the San Jose

20   office.  Additionally, as explained, Sacramento has a smaller PwC presence and does not have

21   nearly the number of employees or business unit representation of the San Francisco or San Jose

22   offices.  Thus, most witnesses for the case will not come from the Sacramento office, but from the

23   much larger San Francisco and San Jose offices.  Requiring the majority of PwC's witnesses to

24   travel to Sacramento for deposition or trial is a substantial burden and will impact PwC's

25   business.  I know this first hand from being involved in other litigation in Sacramento.  Various

26   PwC personnel from the San Francisco office were requested to testify in Sacramento.  Even

27   though the actual depositions did not last the entire day, the travel time to/from Sacramento

28   required these individuals to miss full days of work during one of PwC's busiest seasons, which

OHS West:260405991.2                                    - 2 -

PRICEWATERHOUSECOOPERS Fax:1-415-498-7174          Mar 24 2008  13:55          P.03

1    generally spans January to April. Significant compliance deadlines (*e.g.*, SEC filings, IRS

2    filings) occur for PwC's clients during this time frame. Thus, the busy season and the

3    government-set deadlines driving the work projects cannot be adjusted to accommodate litigation.

4    In a proposed class action such as this, with many witnesses being called out of work from the

5    San Francisco and San Jose offices, the projects will be negatively impacted.

6           I declare under penalty of perjury under the laws of the United States of America

7    that the foregoing is true and correct, and that this declaration was executed in San Francisco,

8    California on March 24, 2008.

9

10    Dated: March 24, 2008

11

12                              JANET SCOTT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260405991.2           - 3 -

DECLARATION OF JANET SCOTT ISO PRICEWATERHOUSECOOPERS LLP'S RESPONSE TO ORDER TO SHOW CAUSE