LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C07-05476 MMC<br><br>**SUPPLEMENTAL RESPONSE BY DEFENDANT PRICEWATERHOUSECOOPERS LLP TO ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE TRANSFERRED TO EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)** |

OHS West:260410377.1

PRICEWATERHOUSECOOPER LLP'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE TRANSFERRED  (C07-05476 MMC)

1    Defendant PricewaterhouseCoopers LLP ("PwC") submits this supplemental response to

2  the Court's Order Denying in Part and Deferring in Part Ruling on Defendant's Motion; Directing

3  Parties to Show Cause Why Action Should Not Be Transferred to Eastern District of California

4  Pursuant to 28 U.S.C. § 1404(a); Continuing Case Management Conference (the "Order"), dated

5  March 4, 2008.

6    In its original response to the Court's Order to Show Cause, filed March 24, 2008, PwC

7  suggested (among other things) that the Court's decision whether to transfer this action to the

8  Eastern District of California would be better informed if this Court were to wait until the Eastern

9  District decided the pending motion for class certification in *Campbell v.*

10  *PricewaterhouseCoopers, LLP*, Case No. 06-CV-02376-LKK-GGH ("*Campbell*").

11    On March 25, 2008, The *Campbell* court filed its order on class certification.  A true and

12  correct copy of that order is attached hereto as Exhibit A.  As this Court will see, the *Campbell*

13  court denied class certification of the broader class that the plaintiffs sought, but granted class

14  certification on a narrower class.  The *Campbell* court also certified its order for interlocutory

15  appeal pursuant to 28 U.S.C. § 1292.

16    PwC respectfully requests that this Court permit the parties to submit supplemental letter

17  briefs addressing the effect of the *Campbell* class certification order on the issues currently

18  pending before this Court.  PwC suggests that the parties be allowed letter briefs between 2 and 3

19  pages in length, and that the supplemental briefs be due on or about April 16, 2008.

20

21

22  Dated: March 26, 2008                    LYNNE C. HERMLE
                                            JOSEPH C. LIBURT
23                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

24

25                                          _____/s/_____
                                            JOSEPH C. LIBURT
26                                          Attorneys for Defendant
                                            PRICEWATERHOUSECOOPERS LLP
27

28

OHS West:260410377.1                  - 1 -