IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, | No. C-07-5476 MMC |
| Plaintiff, | **ORDER AFFORDING PARTIES OPPORTUNITY TO FILE FURTHER BRIEFING ON ISSUE OF WHETHER ACTION SHOULD BE TRANSFERRED TO EASTERN DISTRICT OF CALIFORNIA** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP, | |
| Defendant | |

On March 4, 2008, the Court ordered the parties to show cause, no later than March 24, 2008, why the instant action should not be transferred to the Eastern District of California in light of the pendency therein of Campbell v. PricewaterhouseCoopers, LLP, 6-CV-02376 LKK GGH. On March 24, 2008, the parties filed their respective responses.[1]

On March 26, 2008, defendant filed a supplemental response, in which it informed the Court that the Honorable Lawrence K. Karlton, in the Campbell action, issued an order

---

[1] Plaintiff did not provide the Court with a chambers copy of her response. For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

1 on March 25, 2008, in which he certified a class, albeit a more narrowly-defined class than
2 that originally requested by the plaintiffs therein.  Defendant requests the Court allow the
3 parties an opportunity to submit supplemental briefing on the effect of said order on the
4 instant action.
5      Good cause appearing, defendant's request is hereby GRANTED, and each party is
6 hereby afforded the opportunity to file, no later than April 11, 2008, a supplemental brief not
7 to exceed five pages,[2] to address the effect of Judge Karlton's March 25, 2008 order on the
8 issue of whether the instant action should be transferred to the Eastern District of
9 California.  In particular, the parties shall indicate whether plaintiff is a member of the
10 certified class.
11      **IT IS SO ORDERED.**
12
13 Dated: March 28, 2008
                                          MAXINE M. CHESNEY
14                                       United States District Judge

---

28   [2]The supplemental brief shall not be a letter brief and shall comply with Civil Local Rule 3-4.