IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC ANH LE, | No. C-07-5476 MMC |
| Plaintiff, | **ORDER TRANSFERRING ACTION TO EASTERN DISTRICT OF CALIFORNIA** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP, | |
| Defendant | |

On March 4, 2008, the Court ordered the parties to show cause why the instant action should not be transferred to the Eastern District of California, given the pendency therein of Campbell v. PricewaterhouseCoopers, LLP, 6-CV-02376 LKK GGH. On March 24, 2008, the parties filed their respective responses. The following day, March 25, 2008, the district court in Campbell issued an order granting in part the Campbell plaintiffs' motion to certify a class. In light of that order, the Court afforded the parties herein leave to supplement their respective responses. On April 11, 2008, the parties filed their respective supplemental responses; although they parties disagree as to how and where the instant claims should be resolved, both parties agree that plaintiff Lac Anh Le is a member of the class certified in Campbell.

//

1     Having read and considered the above-referenced submissions, the Court, for the reasons stated by the Court in its order of March 4, 2008 and by plaintiff in her supplemental response filed April 11, 2008, finds transfer of the instant action to the Eastern District of California, pursuant to 28 U.S.C. § 1404(a), is appropriate.

    Accordingly, the instant action is hereby TRANSFERRED to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: April 16, 2008

                                  MAXINE M. CHESNEY  
                                  United States District Judge